UNITED STATES of America, Plaintiff–Appellee,

v.

Walter LITTLE, Jr., Defendant– Appellant.

No. 01–7281.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Walter Little, Jr., pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Walter Little, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Little,* Nos. CR–92–270–MU; CA–98–463–3–4–MU (W.D.N.C. filed June 26, 2001; entered June 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*